JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND THOMAS,<br><br>            Petitioner,<br><br>    v.<br><br>COMPLEX WARDEN OF USP LOMPOC,<br><br>            Respondent. | CASE NO. 2:20-cv-6585-AB (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition for Lack of Jurisdiction, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed.

DATED: September 15, 2020

_____
ANDRE BIROTTE, JR.
U.S. DISTRICT JUDGE